**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
TAMARIA PITTMAN,,

                Plaintiff,                          22 **CIVIL** 9759 (VSB)(VF)

     -v-                                     **JUDGMENT**

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated June 6, 2023, that the action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, including giving Plaintiff the opportunity for a new hearing and issuing a new decision.

**Dated:** New York, New York
          June 7, 2023

                                                          **RUBY J. KRAJICK**

                                                           _____
                                                                 **Clerk of Court**

                             **BY:**

                                                               _____
                                                                 **Deputy Clerk**